■ In the Matter of FLOYD WRIGHT, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [810 NYS2d 712]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered January 6, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (see Matter of Ansari v Travis, 9 AD3d 901 [2004], lv denied 3 NY3d 610 [2004]; Matter of Heyward v Hammock, 70 AD2d 719 [1979]). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.